IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY MORTON BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04cv1045 |
| ) | |
| YOUTH VILLAGES, INC., ) | Judge Thomas A. Wiseman, Jr. |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION TO STRIKE

Before the Court is Defendant Youth Villages, Inc.'s Motion To Strike (Doc. No. 38) portions of three affidavits submitted by Plaintiff Shirley Morton Bailey in support of her opposition to the motion for summary judgment. Ms. Bailey opposes the motion. (Doc. No. 41.) The Court previously addressed a portion of the motion, granting Defendant's request to take the deposition of Teressa McGinnis but denying the motion to depose Qusayy Godbolt or Rosalind Thompson. (See 1/26/2006 Order, Doc. No. 43.) In the same Order, the Court reserved ruling on the motion to strike portions of the affidavits. That portion of Defendant's motion is addressed herein.

For the reasons set forth in the accompanying Memorandum, Defendant's motion to strike portions of the subject affidavits is **GRANTED IN PART and DENIED IN PART**. More specifically, Defendant's motion to Strike the affidavit of Teressa McGinnis (Doc. No. 24) is hereby **GRANTED**. The Motion to strike the affidavit of Qusayy Godbolt (Doc. No. 23) is hereby **GRANTED** as to paragraphs 9 (in part), 13 (in part), 16, 18, 21 (in part), 22, 23, 24, 25 (in part), 28 (in part), and 29 (in part), and denied as to paragraphs 10, 11, 12, 15, and 19 of that affidavit. Defendant's motion to strike paragraphs 15, 16, 19, 20, 22, and 25 of Rosalind Thompson's Affidavit (Doc. No. 25) is hereby **GRANTED**. The motion is **DENIED** insofar as it is directed toward paragraphs 6, 10, 11, and 12.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge